KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5939
  Fax:  (415) 703-1234
  E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendant Alex Padilla,
in his official capacity as Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INDEPENDENT PARTY, and WILLIAM LUSSENHEIDE,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**ALEJANDRO "ALEX" PADILLA, in his official capacity as Secretary of State of California,**<br><br>                              Defendant. | 2:16-cv-00316-WBS-CKD<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br>**(Dkt. No. 6) TO MAY 2, 2016 AT 1:30 p.m.** |

Defendant Alex Padilla, sued in his official capacity as California Secretary of State, and Plaintiffs Independent Party and William Lussenheide, by and through their attorneys of record, hereby make the following request:

WHEREAS the hearing on Plaintiffs' Motion for Preliminary Injunction is currently noticed for April 18, 2016, at 1:30 p.m.;

WHEREAS the undersigned counsel for Defendant will be out of the state on April 18, 2016, and will not be able to appear before this Court;

WHEREAS Defendant intends to file a related motion on April 4, 2016, the date prescribed for the filing of the opposition to the Motion for Preliminary Injunction as originally noticed, and notice it for hearing on May 2, 2016, at 1:30 p.m.;

NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by Plaintiffs and Defendant that the date and time for the hearing on Plaintiffs' Motion for Preliminary Injunction be re-scheduled to May 2, 2016, at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated:  March 22, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

By:  ___/s/ Peter H. Chang_____

Deputy Attorney General
*Attorneys for Defendant Alex Padilla, in his official capacity as Secretary of State*

BARNES LAW LLP

By:  ____/s/ Robert E. Barnes_____

*Attorneys for Plaintiffs*

**Attestation**

I, Peter H. Chang, attest that concurrence in the filing of this document has been obtained from Robert E. Barnes, counsel for Plaintiffs. I declare under penalty of perjury that the foregoing is true and correct. Executed this 22th day of March, 2016 in San Francisco, California.

/s/ Peter H. Chang
Peter H. Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2015100129
20833445.docx

3

Stipulation and Order to Continue Hearing  (2:16-cv-00316-WBS-CKD)