**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDEPENDENT PARTY, and WILLIAM LUSSENHEIDE<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEJANDRO "ALEX" PADILLA, in his official capacity as Secretary of State of California<br><br>　　　　　Defendant. | Case No. 2:16-cv-00316-WBS-CKD<br>Filed: February 16, 2016<br>Assigned to: Hon. William B. Shubb<br>Trial Date: None<br><br>**ORDER ON PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**DATE:**　　　May 2, 2016<br>**TIME:**　　　1:30 p.m.<br>**COURTROOM: 5** |

//

//

//

//

//

//

//

     This matter came before the Court of Plaintiffs Independent Party and William Lussenheide's Request for Telephonic Appearance, by which Plaintiffs' counsel of record, Ara Baghdassarian, requests permission to appear by telephone for the motion hearings scheduled in this matter on May 2, 2016 at 1:30 p.m. As set forth in the Request, Mr. Baghdassarian can be reached at the following telephone number on the day of the telephonic appearance: (818) 687-7633.

     The Court hereby **GRANTS** Plaintiffs' Request for Telephonic Appearance. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

     **IT IS SO ORDERED**.

Dated:  April 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE